296 U.S. 546
 56 S.Ct. 175
 80 L.Ed. 387
 GEORGE ALLISON & CO., Inc., et al., appellants,
v.
The UNITED STATES of America, and Interstate Commerce Commission.*
 No. 531.
 Supreme Court of the United States
 November 11, 1935
 
 Mr. John A. Kelly, of New York City, for appellants.
 Mr. Homer S. Cummings, Atty. Gen., for appellees.
 For opinion below, see 12 F.Supp. 862.
 PER CURIAM.
 
 
 1
 The decree is affirmed. Standard Oil Co. v. United States, 283 U. S. 235, 241, 51 S. Ct. 429, 75 L. Ed. 999; Brady v. United States, 283 U. S. 804, 51 S. Ct. 559, 75 L. Ed. 1424.
 
 
 
 *
 Rehearing denied 296 U. S. 664, 56 S. Ct. 307, 80 L. Ed. 474.